IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELVIN B. COLEY | : | |
| Plaintiff | : | |
| v | : | Civil Action No. DKC-06-2035 |
| STATE OF MARYLAND, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS and JOHN ROWLEY, Warden | : : : | |
| Defendants | | |

o0o

**MEMORANDUM**

The above-captioned civil rights action, was filed on August 3, 2006, together with a Motion to Proceed In Forma Pauperis. Because he appears to be indigent, Plaintiff's motion shall be granted. For the reasons set forth below, the Complaint will be dismissed without prejudice.

Plaintiff, an Arizona inmate who has been transferred to Maryland under the Interstate Corrections Compact (ICC), seeks an Order from this court requiring Maryland Division of Correction officials to transport Plaintiff to his mother's funeral scheduled for August 4, 2006. Paper No. 1. As that date has now passed and Plaintiff does not seek monetary damages, it appears the claim is now subject to dismissal as moot.

To the extent that Plaintiff also seeks an Order from this court requiring the Maryland Division of Correction to abide by Arizona law regarding his designated security level, the action is in the nature of mandamus and subject to dismissal. This court does not have jurisdiction over state employees in an action for writ of mandamus. *See Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 587 (4th Cir. 1969); *see also* 28 U.S.C. § 1361. Additionally, a writ of mandamus is an extraordinary writ that is only available in cases where no other means by which

the relief sought could be granted. *See In re Beard*, 811 F.2d 818, 826 (4th Cir.1987). Assuming that the remedy sought by Plaintiff is available in a state forum, it is not apparent that he attempted to address his concerns with the state courts and, as a matter of comity, this court will not intervene in a matter that the state courts have not had an opportunity to address. *See Granberry v. Greer*, 481 U.S. 129, 134-35 (1987). Accordingly, by separate order which follows, the Complaint will be dismissed without prejudice.


____8/14/06____                              _____/s/_____
Date                                                            DEBORAH K. CHASANOW
                                                                United States District Judge